STUART BARASCH
California Bar #74108
925 - 41st Street, Suite 102
Miami Beach, FL 33140-3337
310-673-8366
800-445-2930
Fax 213-621-2536
Email: SBLawOffice@aol.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Darlene Smith, | CV-F 04-6600 DLB |
| Plaintiff, | |
| v. | STIPULATION TO EXTEND SCHEDULING ORDER; ORDER THEREON |
| Jo Anne B. Barnhart, Commissioner of Social Security, | |
| Defendant. | |

Plaintiff Darlene Smith ("Plaintiff") and defendant Jo Anne B. Barnhart, Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, **HEREBY STIPULATE**, subject to the approval of the Court, to extend the time for Plaintiff to file and serve her Opening Brief, pursuant to numbered paragraph 6 of the Court's November 23, 2004 Scheduling Order ("Order"), to July 22, 2005; and that all other scheduling dates set forth in the Order shall be extended accordingly.

//
//
//
//

1

The reason for the within stipulation is as follows:

Because of a heavy calendar and in order for the plaintiff to prepare the materials necessary to file her opening brief. This is plaintiff's first request for an extension.

DATED: June 14, 2005                    *S/Stuart Barasch*
                                        STUART BARASCH, Attorney for
                                        Plaintiff Darlene Smith


DATED: June 14, 2005                    McGREGOR W. SCOTT
                                        United States Attorney


                                        *S/Kimberly A. Gaab*
                                        KIMBERLY A. GAAB
                                        Assistant United States Attorney
                                        Attorneys for Federal Defendant
                                        JO ANNE B. BARNHART, Commissioner of
                                        Social Security

IT IS SO ORDERED.

**Dated:   June 20, 2005**              **/s/ Dennis L. Beck**
3c0hj8                                  UNITED STATES MAGISTRATE JUDGE

2