```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  KIMBERLY A. GAAB
    Assistant U.S. Attorney
 3  3654 Federal Building
    1130 "O" Street, Room 3654
 4  Fresno, California 93721
    Telephone:  (559) 498-7316
 5
    Attorneys for Defendant
 6
 7
 8
                IN THE UNITED STATES DISTRICT COURT FOR THE
 9
                       EASTERN DISTRICT OF CALIFORNIA
10
11  DARLENE SMITH,                  )   1:04-cv-6600 DLB
                                    )
12              Plaintiff,          )   STIPULATION AND ORDER
                                    )   AWARDING EAJA ATTORNEY FEES
13         v.                       )
                                    )
14  JO ANNE B. BARNHART,            )
    Commissioner of Social          )
15  Security,                       )
                                    )
16              Defendant.          )
    _____)
17
```

18      IT IS HEREBY STIPULATED by the parties, through their

19 undersigned counsel, subject to the approval of the Court, that

20 counsel for plaintiff be awarded attorney fees under the Equal

21 Access to Justice Act in the amount of THREE THOUSAND THREE

22 HUNDRED AND FIFTY-EIGHT DOLLARS AND FIFTY CENTS ($3,358.50).  This

23 amount represents compensation for legal services rendered on

24 behalf of plaintiff by counsel in connection with this civil

25 action for services performed before the district court in

26 accordance with 28 U.S.C. § 2412(d).

27 ///

28 ///

1

This stipulation constitutes a compromise settlement of plaintiff's request for EAJA attorney fees and does not constitute an admission of liability on the part of defendant under the EAJA. Payment in the aforementioned sum under EAJA shall constitute a complete release from and bar to any and all claims, rights, causes of action, liens or subrogated interests relating to attorneys fees incurred in this action under EAJA.

The settlement of plaintiff's claim for EAJA attorney fees does not preclude plaintiff's counsel from seeking attorney fees under 42 U.S.C. § 406(b) of the Social Security Act, subject to the offset provisions of the law.

                                        Respectfully submitted,

Dated: January 18, 2006      /s/ Stuart Barasch
                                  (As authorized via facsimile)
                                  STUART BARASCH
                                  Attorney for Plaintiff

Dated: January 19, 2006      McGREGOR W. SCOTT
                                  United States Attorney

                                  /s/ Kimberly A. Gaab
                                  KIMBERLY A. GAAB
                                  Assistant U.S. Attorney

IT IS SO ORDERED.

**Dated:   January 20, 2006**       **/s/ Dennis L. Beck**
3c0hj8                                          UNITED STATES MAGISTRATE JUDGE